# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 12-1385-AG(JPRx) | Date | May 6, 2013 |
| Title | FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC v TRAINING CONSULTANTS, INC | | |

Present: The Honorable   ANDREW J. GUILFORD, U.S. District Judge

| Lisa Bredahl | Denise Paddock |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Benjamin Katzenellenbogen |

**Proceedings:** TRAINING CONSULTANTS' MOTION SEAL PUBLICALLY FILED DOCUMENTS [DKT #47]

Cause is called for hearing and counsel for defendant makes his appearances. Matter is argued. Motion is GRANTED. The Court orders documents #44 and 46 sealed by the clerk's office.

The Court finds that the time for appeal runs from the original judgment.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:   15

Initials of Preparer   lmb